# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-3059
LT Case No. 16-2010-CF-000625-AXXXMA

_____

TREVORISSE THOMAS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 Appeal from the Circuit Court for Duval County.
Tatiana Radi Salvador, Judge.

Trevorisse Thomas, Lake Butler, pro se.

No Appearance for Appellee.

April 21, 2026

PER CURIAM.

AFFIRMED.

WALLIS, EISNAUGLE, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____